### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **DWIGHT BRASWELL** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 1:13cv451-HSO-RHW** |
| | § | |
| | § | |
| **JACKSON COUNTY,** | § | |
| **MISSISSIPPI,** *et al.* | § | **DEFENDANTS** |

### FINAL JUDGMENT

The claims of Plaintiff Dwight Braswell against Defendants William E.

Patteson, Lamar Palmer, and Jonathan Blakeney came on for trial before the Court

and a jury on the 18th day of April, 2016, and concluded on the 21st day of April,

2016, Honorable Halil Suleyman Ozerden, United States District Judge, presiding.

The issues having been duly tried and having heard all of the evidence and

argument of counsel and receiving instructions of the Court, including a Special

Verdict Form, the jury retired to consider the verdict.  The jury returned upon their

oaths, into open Court, a unanimous verdict, finding in favor of Defendants William

E. Patteson, Lamar Palmer, and Jonathan Blakeney.  In accordance with the jury's

unanimous verdict, and in accordance with the prior Orders [182], [183], [209] of

this Court,

   **IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff

Dwight Braswell's claims against William E. Patteson, Lamar Palmer, and

Jonathan Blakeney are **DISMISSED WITH PREJUDICE**.

-2-

      **IT IS, FURTHER, ORDERED AND ADJUDGED,** that this civil action is

**DISMISSED.**

      **SO ORDERED AND ADJUDGED**, this the 21st day of April, 2016.

                          *s/ Halil Suleyman Ozerden*

                          HALIL SULEYMAN OZERDEN
                          UNITED STATES DISTRICT JUDGE